UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. JACQUES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. QUICK, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-0811 TLN CKD P<br><br><br>ORDER |

On January 31, 2023, the court stayed this matter so the parties could participate in a settlement conference. A settlement conference was held on November 29, 2023, but the case did not settle. Accordingly, IT IS HEREBY ORDERED that:

1. The stay imposed in this matter on January 31, 2023 is lifted; and

2. Defendants shall file a response to plaintiff's complaint within 14 days.

Dated: December 1, 2023

　　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
jacq0811.resp